UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>COUNTY OF WAYNE, MICHIGAN, )<br>STATE OF LOUISIANA, STATE OF )<br>MINNESOTA, )<br>)<br>Plaintiff-Intervenors, )<br>)<br>v. )<br>)<br>MARATHON ASHLAND )<br>PETROLEUM, LLC )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 4:01-CV-40119<br>Judge Terrence G. Berg |

**ORDER GRANTING JOINT MOTION TO
TERMINATE CONSENT ORDER (DKT. 39)**

Upon consideration of the Joint Motion of Plaintiff United States of America and Defendants Marathon Petroleum Company LP and Catlettsburg Refining, LLC to Terminate the 2005 Consent Decree as to Six of the Seven Refineries Covered by the 2005 Consent Decree ("Joint Motion to Terminate the 2005 Consent Decree," Dkt. 39) filed by Plaintiff the United States of America and Defendants Marathon Petroleum Company LP and Catlettsburg Refining, LLC (the Defendants collectively are "MPC") and the Brief and other papers filed in support thereof, and

finding good cause for the Joint Motion to Terminate the 2005 Consent Decree, it is hereby:

**ORDERED** that the Joint Motion to Terminate the 2005 Consent Decree (Dkt. 39) is **GRANTED**;

**ORDERED** that the 2005 Consent Decree is hereby terminated with respect to the following refineries now owned by MPC:

(1) Canton, Ohio refinery

(2) Catlettsburg, Kentucky refinery

(3) Detroit, Michigan refinery

(4) Garyville, Louisiana refinery

(5) Robinson, Illinois refinery

(6) Texas City, Texas refinery

**ORDERED** that the 2005 Consent Decree remains in full force and effect with respect to the St. Paul Park Refinery.

**SO ORDERED**.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: November 29, 2016

### Certificate of Service

I hereby certify that this Order was electronically submitted on November 29, 2016, using the CM/ECF system, which will send notification to each party.

s/A. Chubb
Case Manager

2